# United States District Court
## for the
## Jackson Division of the Southern District of Mississippi
## Amended Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Cecil Renee Lindsey            Case Number: 3:00cr140LN-001

Name of Sentencing Judicial Officer:   Tom S. Lee, U.S. District Judge

Date of Original Sentence:   February 2, 2001; Sentenced Modified April 1, 2002

Original Offense:   Possession of Stolen Mail

Original Sentence:   Six Months B.O.P. Three years Supervised Release

Type of Supervision:   Supervised Release      Date Supervision Commenced:   August 16, 2001

Asst. U.S. Attorney:   Harold Britton      Defense Attorney: Nathan Elmore



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
DEC 0 1 2005
J. T. NOBLIN, CLERK
BY_____ DEPUTY

## PETITIONING THE COURT

[ ]   To issue a warrant
[ ]   To issue a summons
[X]   Amend the Petition to reflect a new Felony Conviction – Warrant already issued and the offender is being detained in the Madison County (MS) Jail.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| Mandatory: Shall Not Commit a New Offense | On July 11, 2002, the defendant was arrested by authorities of the Ridgeland Police Department and charged with Armed Robbery (two counts). Reports reflect on or about July 5, 2002, the defendant robbed Studio Plus, 800 Ridgewood Road, Ridgeland, MS at gunpoint and on or about July 7, 2002, the defendant robbed Shoney's Inn, 839 Ridgewood Road, Ridgeland, MS at gunpoint. The defendant entered a guilty plea to one count of robbery on November 7, 2005, in Madison County (MS) Circuit Court and was sentenced to serve 10 years in the MDOC with 3 years and 3 months to serve, a Grade A violation. |
| Mandatory: Shall Not Commit a New Offense | Mandatory conditions of supervision forbid Cecil Lindsey from possessing a firearm. Reports reflect the defendant possessed a handgun during both robberies. |
| Special Condition: Failed to Pay Restitution | Before being arrested on the instant violations, the defendant had not made a reasonable effort to make restitution payments since being on supervised release. |
| Condition No. 1 and Mandatory Condition | The defendant reported that she left the Southern District of Mississippi on several occasions during 2002 and traveled to Atlanta, Georgia where she and others had fictitious identification cards made to facilitate the cashing of stolen/forged checks. She failed to gain the approval from the U.S. Probation |

Prob 12C    Case 3:00-cr-00140-TSL    Document 33    Filed 12/01/05    Page 2 of 2
Petition for Warrant or Summons
for Offender Under Supervision

Name of Offender: Cecil Renee Lindsey                Case Number: 3:00cr140LN-001

Office to leave the Southern District of Mississippi.

Condition No. 2      Prior to being arrested on the instant violation, the defendant had not submitted written monthly reporting forms since March 2002.

Mandatory Condition      The defendant was terminated from Blockbuster Video in Laurel, Mississippi after she was caught stealing time. The defendant served as the store's assistant manager. She would not clock out prior to leaving the job site and would write in her time to reflect she left the business at a later time. She signed a statement with Blockbuster admitting to this fraud and repaid the store $185.09 for income she received through fraudulent means.

U.S. Probation Officer Recommendation: The defendant entered a guilty plea in Madison County Circuit Court for Robbery on November 7, 2005, and was sentenced to serve 10 years in the MDOC with 6 years and 9 months suspended-to serve 3 years and 3 months in the MDOC.

The term of supervision should be:

[X]    Revoked        [ ]    Extended for  year(s), for a total term of  years.

[ ]    The conditions of supervision should be modified as follows:

Respectfully submitted,

by  *Lloyd M. Miller*

Lloyd M. Miller, Supervising
U.S. Probation Officer
Date: November 22, 2005

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    Other- Amend the Petition to reflect the defendant's new felony conviction. The revocation hearing is scheduled for December 2, 2005, at 9:00 a.m.

_____
Signature of Judicial Officer

11/30/05
Date